IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Nelson, Gina | Case Number:  08 B 07208 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/22/08 | Filed:  3/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 5, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Internal Revenue Service | Priority | 6,427.98 | 0.00 |
| 2. | T Mobile USA | Unsecured | 80.27 | 0.00 |
| 3. | Municipal Collection Services | Unsecured | 250.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 757.48 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 588.38 | 0.00 |
| 6. | T Mobile USA | Unsecured | 508.45 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 2,233.25 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 522.00 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 6,267.22 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 2,137.69 | 0.00 |
| 11. | Sprint Nextel | Unsecured | 658.68 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 346.50 | 0.00 |
| 13. | AT&T Wireless | Unsecured | 1,019.01 | 0.00 |
| 14. | T Mobile USA | Unsecured | 573.34 | 0.00 |
| 15. | Advance America | Unsecured | 2,025.00 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 1,271.76 | 0.00 |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| 18. | Nations Recovery Center | Unsecured | | No Claim Filed |
| 19. | Westbury Ventures | Unsecured | | No Claim Filed |
| 20. | Imagine | Unsecured | | No Claim Filed |
| 21. | Accounts Receivable Management | Unsecured | | No Claim Filed |
| 22. | Accounts Receivable Management | Unsecured | | No Claim Filed |
| 23. | Millienium Credit Consultants | Unsecured | | No Claim Filed |
| 24. | Pay Day Avenue | Unsecured | | No Claim Filed |
| 25. | Arrowhead Financial | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nelson, Gina | Case Number: 08 B 07208 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 7/22/08 | Filed: 3/26/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Continental Credit Services | Unsecured | | No Claim Filed |
| 27. | Global Financing | Unsecured | | No Claim Filed |
| 28. | Cash Advance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,667.01 | $ 0.00 |

TRUSTEE FEE DETAIL

Fee Rate      Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____